**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-2423**

In re: OLANDER R. BYNUM,

    Petitioner.

On Petition for Writ of Mandamus.  (5:97-hc-00495-H)

Submitted:  April 4, 2019                                 Decided:  April 8, 2019

Before NIEMEYER and HARRIS, Circuit Judges, and SHEDD, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Olander R. Bynum, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Olander R. Bynum, a North Carolina inmate, filed a petition for a writ of mandamus, seeking an order directing the district court to order state prison officials to release him pending appeal. This court has dismissed his appeal. *See Bynum v. Allsbrook*, 745 F. App'x 496 (4th Cir. 2018) (Nos. 18-6709/7168). Accordingly, although we grant leave to proceed in forma pauperis, we deny the petition for writ of mandamus as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*